The Law Office of Ryan Lozar, P.C.
305 Broadway, 10th Floor, New York, NY 10007
Tel: (310) 867-1562; Alternate Tel: (646) 666-8262; Fax (877) 666-4456
ryanlozar@gmail.com
www.ryanlozar.com/www.luchaportusderechos.com





USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 2 4 2016

JUNE 23, 2016

The Honorable Alison J. Nathan
United States District Court for the Southern District of New York

Re:   Nelson v. City of N.Y., et al., No. 16 Civ. 234 (AJN) (S.D.N.Y.)

Dear Judge Nathan:

I represent Plaintiff Tyson Nelson in the above-captioned Section 1983 action, which is presently following the pretrial schedule set forth in Local Civil Rule 83.10.

Earlier today, Plaintiff filed a First Amended Complaint with Defendants' consent.

I write first, to inform the Court that the pleading amendment was with Defendants' consent, as I was unable to annotate the filing to that effect on the docket.

More importantly, I also write to respectfully request that the Court grant Plaintiff nunc pro tunc leave to file the First Amended Complaint. It was not until after I filed the amended pleading that I realized that I should have sought leave from the Court and not just Defendants' consent before filing. (The filing falls outside of Local Civil Rule 83.10's six-week period for pleading amendment as of right after the first Defendant's Answer.) I apologize for the oversight and ask the Court to forgive the error.

In support of Plaintiff's request that the Court permit Plaintiff nunc pro tunc leave to file the First Amended Complaint, I make the following representations to the Court: (1) The First Amended Complaint's chief difference from the Original Complaint is that it names a new Defendant heretofore unknown to Plaintiff, whose identity was revealed in Defendants' limited disclosures; (2) the case is scheduled for a July 7, 2016 mediation with the Southern District's Mediation Office; and (3) in the event the case does not reach settlement at the July 7, 2016 mediation, the Parties are scheduled to meet with the Court on August 19, 2016 for an Initial Conference.

In light of the foregoing, Plaintiff argues that the action's progress will not be unduly delayed by the filing of the First Amended Complaint, Defendants will not be prejudiced, and I respectfully

> So Ordered

request that the Court permit the First Amended Complaint to become the operative pleading in this case.

*So Ordered*

If the Court requires additional information in connection with this application, I will be happy to provide it.

Thank you,

*Ryan Lozar*
Ryan Lozar
Attorney for Plaintiff Tyson Nelson

SO ORDERED: 6/24/16

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE