UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

TYSON NELSON,

                        Plaintiff,

       -against-

CITY OF NEW YORK, et al.,

                        Defendants.

------------------------------------------------------------- x

**AFFIRMATION OF SERVICE**

No. 16 Civ. 234 (AJN) (DCF)

       I, Ryan Lozar, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury as follows:

       1.    I am not a party to this action, I am over 18 years of age, and I reside in the State of New York. On April 17, 2017, during business hours, I caused the Notice of Acceptance of the Rule 68 Offer in this matter to be served upon Defendant City of New York's Corporation Counsel, NY Defendants' agent and attorney in this case.

DATED:   April 17, 2017
                New York, New York

                                                                  Ryan Lozar

1