The Law Office of Ryan Lozar, P.C.
305 Broadway, 10th Floor, New York, NY 10007
Tel: (310) 867-1562; Alternate Tel: (646) 666-8262; Fax (877) 666-4456
ryanlozar@gmail.com
www.ryanlozar.com/www.luchaportusderechos.com



JUNE 20, 2017

The Honorable Alison J. Nathan
United States District Court for the Southern District of New York

Re:   <u>Nelson v. City of N.Y., et al.</u>, No. 16 Civ. 234 (AJN) (DF)

Dear Judge Nathan:

     I represent Plaintiff Tyson Nelson in the above-captioned Section 1983 action. As the Court may remember, Defendants recently served, and Mr. Nelson accepted, a FRCP 68 Offer.

     Since that time, the Parties have been working to settle reasonable fees and costs without having to ask the Court to intervene. The Court has kindly extended the deadline for motion practice along the way.

     I write to report that the Parties have achieved informal resolution of the fees and costs issue, and we plan to formalize that resolution in principle later this week.

     On behalf of the Parties I would like to thank the Court for its help and patience.

Sincerely,

*Ryan Lozar*

Ryan Lozar